

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-20-00142-CV**

**IN RE A.L.C. AND R.L.V.**

_____

**Original Proceeding**

**MEMORANDUM  OPINION**

In this original proceeding Relators seek mandamus relief to vacate the Respondent trial court's May 27, 2020 letter ruling ordering that the Department shall arrange for the child to visit the paternal grandfather for one week commencing May 30, 2020 and ending Saturday, June 6, 2020.  On May 29, 2020, this Court granted Relators' motion to stay as to the May 27, 2020 letter ruling only.  We requested a response to the Petition for Writ of Mandamus.  *See* TEX. R. APP. P. 52.8(b).

Relators' Petition for Writ of Mandamus is denied, and the May 29, 2020 stay is lifted.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
Justice Davis, and
Justice Neill
Petition denied
Opinion delivered and filed September 30, 2020
[OT06]

